# UNITED STATES DISTRICT COURT
## FOR THE DISTRICE OF MONTANA
### HELENA DIVISION

DENNIS McALPIN and CARRIE
McALPINE,

Plaintiffs,

vs.

NATIONSTAR MORTGAGE, LLC
d/b/a Mr. Cooper,

Defendants.

CV-19-46-H-CCL

Order

Plaintiffs Dennis and Carrie McAlpin filed this case in Montana's First

Judicial District in June of this year. Defendant Nationstar Mortgage, LLC

removed this case from state to federal court and filed its answer in July. The

Court then set a preliminary pretrial conference for November 13, 2019. In

accordance with L.R. 16.1(a), the Court's July 22, 2019, order instructed the

parties that lead trial counsel must appear in person for the preliminary pretrial

conference.

Although the two attorneys representing Defendant are members of the

Montana bar and the bar of this court, both are located out of state. Defendant

moves on that basis to permit its counsel to appear telephonically at the

preliminary pretrial conference. The fact that counsel reside out of state does not justify deviating from the local rules. Accordingly,

IT IS HEREBY ORDERED that Defendant's "Unopposed Motion to Appear Telephonically at Preliminary Pretrial Conference" (Doc. 8) is DENIED. At least one attorney designated as lead counsel for the respective parties shall appear in person before the undersigned on **November 13, 2019 at 10:00 a.m.** in Courtroom II of the United States Courthouse, 901 Front Street, Helena, Montana to participate in the preliminary pretrial conference.

Dated this 5th day of September, 2019.

CHARLES C. LOVELL

SENIOR UNITED STATES DISTRICT JUDGE