Chandler P. Thompson
**AKERMAN LLP**
170 South Main Street, Suite 725
Salt Lake City, Utah 84101
Telephone: (801) 907-6900
Facsimile: (801) 355-0294
Email: chandler.thompson@akerman.com

Taylor T. Haywood
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email:  taylor.haywood@akerman.com

*Attorneys for defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| DENNIS MCALPIN and CARRIE MCALPIN, <br><br>  Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; and JOHN DOES 1-10, <br><br>  Defendants. | Case No: 6:19-cv-00046-CCL <br><br> **STATEMENT OF STIPULATED FACTS** |

Pursuant to Local Rule 16.2(b)(3) and this court's July 22, 2019 order, Doc.

No. 7, plaintiffs Dennis and Carrie McAlpin and defendant Nationstar Mortgage

1

50487142;1

LLC d/b/a Mr. Cooper submit this statement of stipulated facts to which the McAlpins and Nationstar agree:

1. The McAlpins obtained a $168,265 mortgage loan from First Community Bank in 2015 (the **loan**).

2. The McAlpins secured the loan with a deed of trust on their property located at 105 E. Dudley Street, East Helena, Montana 59635, dated May 28, 2015 and recorded in the Lewis & Clark County real property records on May 28, 2015, as Instrument No. 3273262.

3. First Community Bank transferred servicing of the loan to Envoy Mortgage, Ltd. effective August 1, 2015.

4. Envoy Mortgage, Ltd. transferred servicing of the loan to Envoy Mortgage Ltd. c/o LoanCare, LLC effective January 3, 2018.

5. Envoy Mortgage, Ltd. c/o LoanCare, LLC transferred servicing of the loan to Nationstar effective October 2, 2018.

6. The deed of trust was assigned to Nationstar via an assignment of deed of trust dated January 22, 2019 and recorded in the Lewis & Clark County real property records on January 29, 2019, as Instrument No. 3333018.

7. Nationstar appointed First American Title Company of Montana, Inc. (**FATCO**) as successor trustee under the deed of trust via an appointment of substitute trustee dated February 7, 2019 and recorded in the Lewis & Clark County

real property records on February 11, 2019, as Instrument No. 3333422.

8. FATCO recorded a notice of trustee's sale setting a foreclosure sale of the property for July 11, 2019 in the Lewis & Clark County real property records on February 13, 2019, as Instrument No. 3333525.

9. FATCO, at Nationstar's direction, cancelled the notice of trustee's sale via a cancellation recorded in the Lewis & Clark County real property records on July 3, 2019, as Instrument No. 3339050.

10. Nationstar sent a letter to the McAlpins denying their loan modification request on August 7, 2019.

This the 18th day of October, 2019.

 */s/ Robert Farris-Olsen*
Robert Farris-Olsen
**MORRISON, SHERWOOD, WILSON & DEOLA**
P.O. Box 557
401 N. Last Chance Gulch
Helena, Montana 59624
Telephone:  (406) 442-3261
Facsimile:  (406) 443-7294
Email: rfolsen@mswdlaw.com

*Attorney for plaintiffs Dennis and Carrie McAlpin*

This the 18th day of October, 2019.

 */s/ Taylor T. Haywood*
Chandler P. Thompson
**AKERMAN LLP**
170 South Main Street, Suite 725
Salt Lake City, Utah 84101
Telephone: (801) 907-6900
Facsimile: (801) 355-0294
Email: chandler.thompson@akerman.com

Taylor T. Haywood
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 260-7712
Facsimile:  (303) 260-7714
Email:  taylor.haywood@akerman.com

*Attorneys for defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

4

## **CERTIFICATE OF SERVICE**

I certify on the 18th day of October, 2019, a true and correct copy of the foregoing **STATEMENT OF STIPULATED FACTS** was served via CM/ECF on the following:

Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA PLLP
P.O. Box 557
401 N. Last Chance Gulch
Helena, Montana 59624

*Attorneys for plaintiffs Dennis and Carrie McAlpin*

                                       */s/ Taylor T. Haywood*
                                       Taylor T. Haywood