FILED
3/10/2020
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| DENNIS MCALPIN and CARRIE MCALPIN,<br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; and JOHN DOES 1-10,<br>Defendants. | CV 19-46-H-CCL<br><br>**ORDER** |

Before the Court is Defendant Nationstar Mortgage, LLC's Motion to Allow Video Conference or Telephonic Appearance at April 10, 2020 Settlement Conference Due to COVID-19 Concerns, (Doc. 25). Plaintiffs do not oppose this motion. Accordingly,

**IT IS HEREBY ORDERED** Defendant Nationstar Mortgage, LLC's Motion to Allow Video Conference or Telephonic Appearance at April 10, 2020 Settlement conference due to COVID-19 concerns is GRANTED. Alan Blunt is allowed to appear at the April 10, 2020 settlement conference by telephone.

DATED this 10th day of March, 2020.

_____
John Johnston
United States Magistrate Judge