# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| DENNIS MCALPIN and CARRIE MCALPIN,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; and JOHN DOES 1-10,<br><br>Defendants. | Case No: 6:19-cv-00046-CCL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER comes before the court on the stipulation of dismissal with prejudice filed by plaintiffs Dennis and Carrie McAlpin and defendant Nationstar Mortgage LLC d/b/a Mr. Cooper. The court, having reviewed the stipulation, finds it should be approved. NOW, THEREFORE, it is ORDERED: all claims are dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 14th day of May, 2020.

*[signature]*
The Honorable Charles C. Lovell
Senior United States District Judge

1